HENRY J. SONTAG, Respondent, v DONALD R. FOLEY, JR., et al., Appellants.

(Appeal from Order of Supreme Court, Erie County, Sedita, J.—Dismiss Complaint.) Present—Denman, P. J., Callahan, Boomer, Lawton and Davis, JJ.